IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC RIVERS COUNCIL, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> CALIFORNIA FORESTRY ASSOCIATION and AMERICAN FOREST & PAPER ASSOCIATION, <br><br> Applicants for Intervention. | No. CIV-S-05-0953 MCE/GGH <br><br> [PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR ORDER SHORTENING TIME |

The unopposed application of the California Forestry Association and American Forest & Paper Association for shortened time to hear their unopposed motion to intervene in this action is hereby GRANTED.

The motion to intervene shall be heard on July 25, 2005, at 9:00 a.m. No response to the motion is required.

Dated: July 21, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE