1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10
                         ----oo0oo----
11

12  SIERRA NEVADA FOREST PROTECTION       No. CIV-S-05-0205 MCE GGH
    CAMPAIGN, CENTER FOR BIOLOGICAL
13  DIVERSITY, NATURAL RESOURCES              CIV-S-05-0211 MCE GGH
    DEFENSE COUNCIL, SIERRA CLUB,            CIV-S-05-0905 MCE GGH
14  and THE WILDERNESS SOCIETY,              CIV-S-05-0953 MCE GGH
    non-profit organizations,
15                                            (Related Cases)

16
17          Plaintiffs,

        v.                          **ORDER RE: BRIEFING SCHEDULE**
18
    MARK REY, in his official
19  capacity as Under Secretary of
    Agriculture, DALE BOSWORTH, in
20  his official capacity as Chief
    of the United States Forest
21  Service, JACK BLACKWELL, in his
    official capacity as Regional
22  Forester, Region 5, United
    States Forest Service, and
23  JAMES M. PEÑA, in his official
    capacity as Forest Supervisor,
24  Plumas National Forest,

25          Defendants.

26  _____/

27  and Related Cases.

28                       ----oo0oo----

                              1

1      The Court has reviewed the proposed briefing schedules

2  submitted by counsel in these related cases.  Originally, by

3  Joint Status Report filed August 15, 2005, an overall schedule

4  was suggested for submitting cross-motions for summary judgment

5  in all four lawsuits, which the parties claim will be dispositive

6  of the issues raised therein.  On or about September 7, 2005,

7  however, counsel for the Plaintiff in <u>Pacific Rivers Council v.</u>

8  <u>United States Forest Service, et al.</u>, Case No. CIV. S-05-0953 MCE

9  GGH, withdrew from that briefing schedule and proposed a new, and

10  somewhat delayed, timeline for presentation of briefs in that

11  case.

12      Pursuant to both proposed schedules, Plaintiffs' Motions for

13  Summary Judgment in all four cases have now been submitted.  In

14  the August 15, 2005 Joint Status Report, all parties requested

15  waiver of the requirement, under Local Rule 56-260(a), that a

16  separate statement of undisputed facts be presented in supported

17  of each summary judgment request, and that a response to that

18  statement be filed in opposition under Rule 56-260(b).  In

19  reliance on that request, the summary judgment motions filed by

20  Plaintiffs in <u>California Forestry Association v. Bosworth, et</u>

21  <u>al.</u>, Case No. CIV. S-05-0905 MCE GGH, <u>Sierra Nevada Forest</u>

22  <u>Protection Campaign v. Rey</u>, Case No. CIV. S-05-0205 MCE GGH, and

23  <u>Pacific Rivers Council v. United States Forest Service, et al.</u>,

24  <u>supra</u>, fail to include a separate statement of undisputed facts.

25      The Court declines to waive presentation of a separate

26  statement of undisputed facts in support of, and in opposition

27  to, the motions for summary judgment in these related cases.  The

28  Court believes that those statements will be of assistance in

analyzing the administrative record and in ultimately deciding the issues raised by the parties herein.  The briefing schedule set forth below has extended the period within which Plaintiffs may submit their initial motions so that they may provide the required statements.

In addition, the Court believes that combined briefing, as also requested by the parties, will make it more difficult to identify and address the issues raised by each discrete briefing submitted by the various parties to these cases.  Consequently, papers in support of, or in opposition to, each motion filed in accordance with the schedule set forth below will be filed separately and identified specifically as to its contents.

In view of the number of intervenors in this case, the Court grants the requested modification of the page limits established in its June 16, 2005 Order in order to give both Plaintiffs and Defendants the opportunity to respond, in a separate pleading of not more than twenty-five (25) pages, to the intervenors' briefs.

The following briefing schedule will apply:

November 14, 2005          Plaintiffs file all papers in support of their motions for summary judgment, including statements of undisputed fact. Each memorandum of points and authorities shall not exceed 50 pages, plus supporting papers.

December 16, 2005          Federal Defendants file their opposition to Plaintiffs' motions for summary judgment, each brief not exceeding 35 pages, plus supporting papers.

///
///

3

| | | |
|---|---|---|
| 1 | December 16, 2005 | Federal Defendants file their cross-motions for summary judgment, including statements of undisputed fact.  Each memorandum of points and authorities shall not exceed 50 pages, plus supporting papers. |
| 5 | January 6, 2006 | Defendant-Intervenors may file their briefs, each brief not to exceed 20 pages, plus supporting papers. |
| 8 | February 17, 2006 | Plaintiffs file their opposition to Federal Defendants' cross-motions for summary judgment, each brief not to exceed 30 pages, plus supporting papers. |
| 11 | February 17, 2006 | Plaintiffs file their reply in support of their motions for summary judgment, each brief not to exceed 10 pages, plus supporting papers. |
| 14 | February 17, 2006 | Plaintiffs may respond to briefs submitted by Defendant-Intervenors, each response not to exceed 25 pages, plus supporting papers. |
| 17 | March 17, 2006 | Federal Defendants file their reply in support of their cross-motions for summary judgment, each brief not to exceed 10 pages, plus supporting papers. |

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

1  March 17, 2006                Federal Defendants may respond to briefs
                                 submitted by Defendant-Intervenors, each
2                                response not to exceed 25 pages, plus
                                 supporting papers.
3

4        Oral argument, if deemed necessary by the Court, will be

5  scheduled following the conclusion of the briefing schedule

6  outlined above.

7        IT IS SO ORDERED.

8

9  DATED: October 26, 2005

10

11

12                                  _____
                                    MORRISON C. ENGLAND, JR
13                                  UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28