UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, ET AL., | No. 2:05-cv-0205-MCE-GGH |
| Plaintiffs, | Related Cases: 2:05-cv-0211-MCE-GGH |
| v. | 2:05-cv-0905-MCE-GGH 2:05-cv-0953-MCE-GGH |
| MARK REY, in his official capacity as Under Secretary of Agriculture, ET AL., | **SUBSTITUTION OF ATTORNEYS AND ORDER** |
| Defendants. | |
| and | |
| CALIFORNIA CATTLEMEN'S ASSOCIATION, | |
| Intervenor-Defendants | |

THE COURT AND ALL PARTIES ARE NOTIFIED that California Cattlemen's Association makes the following substitution:

1. Former legal representative: Livingston & Mattesich Law Corporation.

2. New legal representation: William J. Thomas, Law Office of William J. Thomas, 1201 K Street, Suite 1100, Sacramento, California 95814; telephone (916) 442-1111.

1  3.   The party making this substitution is the Plaintiff and
2  Counter-Defendant in the above and foregoing matter.
3  I consent to the substitution.

Dated: January 6, 2006         CALIFORNIA CATTLEMEN'S
                               ASSOCIATION

                               By: /s/ Benjamin L. Higgins
                                   BENJAMIN L. HIGGINS
                                   Executive Vice President

I consent to the substitution.

Dated: January 6, 2006         LIVINGSTON & MATTESICH LAW
                               CORPORATION

                               By: /s/ William J. Thomas

Dated: January 6, 2006         LAW OFFICE OF WILLIAM J. THOMAS

                               By: /s/ William J. Thomas
                                   WILLIAM J. THOMAS

IT IS SO ORDERED.

DATE: January 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2