1  WILLIAM J. THOMAS, JR., Bar No. 67798
   BEST BEST & KRIEGER LLP
2  400 Capitol Mall, Suite 1650
   Sacramento, California 95814
3  Telephone: (916) 325-4000
   Telecopier: (916) 325-4010
4  E-Mail: William.Thomas@bbklaw.com

5  Attorneys for Intervenor-Defendants,
   California Cattlemen's Association

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex reel, BILL LOCKYER, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.,*<br><br>Defendants. | CASE NO.  CIV-S-05-0211 MCE/GGH<br><br>Related Cases: CIV-S-05-0205 MCE/GGH<br>CIV-S-05-0905 MCE/GGH<br>CIV-S-05-0953 MCE/GGH<br><br>**SUBSTITUTION OF ATTORNEYS ORDER** |
| CALIFORNIA CATTLEMEN'S ASSOCIATION,<br><br>Intervenor-Defendants,<br>. | Hon. Morrison C. England, Jr. |

///

///

///

///

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

THE COURT AND ALL PARTIES ARE NOTIFIED that the California Cattlemen's Association makes the following substitution:

    1.    **Former legal representative:**  William J. Thomas, Law Offices of William J. Thomas, 1201 K Street, Suite 1100, Sacramento, California  95814; telephone: (916) 442-1111.

    2.    **New legal representative:**  William J. Thomas, Best, Best & Krieger LLP, 400 Capitol Mall, Suite 1650, Sacramento, California  95814; telephone (916) 325-4000.

    3.    The party making the substitution is the intervenor-defendant in the above and foregoing matter.

I consent to this substitution.

Dated: March 27, 2006

CALIFORNIA CATTLEMEN'S ASSOCIATION

By: /s/ Mark Nelson
    MARK NELSON
    President

I consent to this substitution.

Dated: March 27, 2006

LAW OFFICES OF WILLIAM J. THOMAS

By: /s/ William J. Thomas, Jr.
    WILLIAM J. THOMAS, JR.

I consent to this substitution.

Dated: March 27, 2006

BEST BEST & KRIEGER LLP

By: /s/ William J. Thomas, Jr.
    WILLIAM J. THOMAS, JR.

DATED: March 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com