IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, *et al.*,<br>　　　　Plaintiffs,<br><br>　v.<br><br>MARK REY, in this official capacity as Under Secretary of Agriculture, *et al.*,<br>　　　　Defendants,<br>　and<br><br>CALIFORNIA FORESTRY ASS'N, TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENV'T, *et al.*,<br>　　　　Intervenor-Defendants. | Case No. 2:05-cv-0205-MCE-GGH<br><br>Related Cases:　2:05-cv-0211-MCE-GGH<br>　　　　　　　　2:05-cv-0905-MCE-GGH<br>　　　　　　　　2:05-cv-0953-MCE-GGH<br><br>ORDER GRANTING TUCARE'S REQUEST TO APPEAR AT THE JUNE 19 HEARING BY TELEPHONE<br><br>Hon. Morrison C. England, Jr.<br>Hearing Date:　June 19, 2006, 2:30 PM |

　　　The Court GRANTS the request of Thomas R. Lundquist to appear at the June 19 hearing by telephone for Intervenor-Defendants Tuolomne County Alliance for Resources and Environment, and California Forestry Ass'n *et al.* ("TuCare"). The Court staff will call Mr. Lundquist at 703-534-5546 near the time of the hearing.

Dated: June 14, 2006

　　　　　　　　　　　　　　　　　／s／ *[signature]*
　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE