1
2
3
4
5
6
7
8        IN THE UNITED STATES DISTRICT COURT

9       FOR THE EASTERN DISTRICT OF CALIFORNIA

10                 SACRAMENTO DIVISION

11                                         )
PACIFIC RIVERS COUNCIL,                    )
12                                         )
                    Plaintiff,             )          No.  CIV-S-05-0953 MCE/GGH
13                                         )
            v.                             )          **ORDER GRANTING**
14                                         )          **THE PARTIES' JOINT REQUEST**
UNITED STATES FOREST SERVICE, *et al.*,    )          **TO VACATE TRIAL-RELATED**
15                                         )          **DEADLINES**
                    Federal Defendants.    )
16  _____    )

17          This matter is before the Court upon the parties' stipulation and joint request to vacate the

18  deadlines established by the September 20, 2005 scheduling order (Doc. #46), and the July 31, 2006

19  minute order.  (Doc. #114).  Those orders establish deadlines for, among other things, a joint pre-trial

20  statement due August 28, 2006, a pre-trial conference on September 11, 2006 at 1:30 p.m., and a

21  bench trial on October 11, 2006.  Given the parties' agreement that the case can be resolved based

22  upon cross-motions for summary judgment without the need for a trial, and because the

23  administrative record is the focal point for judicial review, the Court hereby GRANTS the parties'

24  request.  The deadlines established by the scheduling order of September 20, 2005, and the minute

25  order of July 31, 2006, are hereby VACATED.

26  / / /

27  / / /

28  / / /

1  It is so ORDERED.

2  Dated: August 2, 2006

3

4

5  _____

6  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28