IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA NEVADA FOREST PROTECTION CAMPAIGN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*, <br><br> Federal Defendants, <br><br> and <br><br> TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N, <br><br> Defendant-Intervenors. | Case No: 2:05-cv-0205-MCE-GGH <br><br> Related Cases: 2:05-cv-0211-MCE-GGH <br>                 2:05-cv-0905-MCE-GGH <br>                 2:05-cv-0953-MCE-GGH <br><br> REQUEST OF PLAINTIFFS' COUNSEL TO APPEAR AT THE MARCH 26 STATUS CONFERENCE BY TELEPHONE <br><br> Hon. Morrison C. England, Jr. <br><br> Status Conference Scheduled March 26, 2007 <br> Courtroom 3, 9:00 a.m. |

     The Court GRANTS the request of Michael R. Sherwood, counsel for Plaintiffs Sierra Nevada Forest Protection Campaign, *et al.*, to appear at the March 26 status conference by telephone. Court staff will call Mr. Sherwood at (559) 442-1110.

March 19, 2007

*/s/ Morrison C. England, Jr.*
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE