IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC RIVERS COUNCIL, | No. 2:05-cv-0953-MCE-GGH |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR AT THE APRIL 30 HEARING BY TELEPHONE |
| v. | |
| UNITED STATES FOREST SERVICE, *et al.*, | DATE: April 30, 2007<br>TIME: 9:00 AM |
| Federal Defendants. | LOCATION: Courtroom 3<br>JUDGE: Hon. Morrison C. England, Jr. |

For good cause shown, counsel for Federal Defendants request to appear at the April 30, 2007 hearing on the motion to intervene by California Cattlemen's Association is GRANTED. The Court staff will call Mr. Samford at 303-844-1475.

Dated: April 27, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE