MICHAEL R. SHERWOOD, CA Bar No. 63702
GREGORY C. LOARIE, CA Bar No. 215859
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

PATRICK GALLAGHER, CA Bar No. 146105
Sierra Club Environmental Law Program
85 2nd Street, 4th Floor
San Francisco, CA 94109-3441
(415) 977-5709

ERIC E. HUBER, CO Bar No. 700024, *Pro Hac Vice*
Sierra Club Environmental Law Program
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595

DAVID B. EDELSON, CA Bar No. 104390
840 Grizzly Peak Boulevard
Berkeley, CA 94708
(510) 527-4116

*Counsel for Plaintiffs*
*Sierra Forest Legacy, et al.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA FOREST LEGACY,[1] *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARK REY, in his official capacity as Under Secretary of Agriculture, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>TUOLUMNE COUNTY ALLIANCE FOR RESOURCES & ENVIRONMENT, *et al.*; CALIFORNIA SKI INDUSTRY ASS'N; QUINCY LIBRARY GROUP, *et al.*; and CALIFORNIA CATTLEMEN'S ASS'N,<br><br>Defendant-Intervenors. | Case No:  CIV-S-05-00205 MCE/GGH<br><br>Related Cases:  CIV-S-05-00211 MCE/GGH<br>                          CIV-S-05-00905 MCE/GGH<br>                          CIV-S-05-00953 MCE/GGH<br><br>STIPULATION AND JOINT REQUEST REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND FOR ORDER SETTING HEARING ON SHORTENED TIME<br><br>ORDER<br><br>Date: June 8, 2007<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

---

[1] On March 1, 2007, lead plaintiff Sierra Nevada Forest Protection Campaign changed its name to Sierra Forest Legacy.

STIP AND [PROPOSED] ORDER RE BRIEFING SCHEDULE — CIV-S-05-0205 MCE/GGH            1

WHEREAS on May 17, 2007, Federal Defendants Mark Rey, *et al.* notified Plaintiffs Sierra Forest Legacy, *et al.* that the Forest Service intends to award logging contracts for the Wolf Ranch portion of the Freeman Project in Plumas National Forest as early as June 18, 2007, and that on-the-ground operations could begin as soon as the day after the contract is awarded, *i.e.,* as soon as June 19, 2007, and, in addition, that the Forest Service intends to advertise the other two portions of the Freeman Project – Summit Bear and Jenkins – the week of May 21, 2007; and

WHEREAS the Freeman Project implements in part the Quincy Library Group Pilot Project and is issued pursuant to the 2004 Framework challenged in this litigation; and

WHEREAS Plaintiffs intend to file a motion for a preliminary injunction to prevent Federal Defendants from awarding contracts for the Freeman Project or otherwise commencing on-the-ground operations, together with a motion for an order shortening time so that the motion for a preliminary injunction can be heard by the Court before June 18, 2007; and

WHEREAS Federal Defendants will oppose Plaintiffs' motion for a preliminary injunction but do not oppose the motion for an order shortening time,

NOW THEREFORE, in order to resolve Plaintiffs' motion for a preliminary injunction regarding the Freeman Project, the parties stipulate as follows:

| | |
|---|---|
| May 22, 2007: | Plaintiffs file their motion, together with supporting papers. |
| May 30, 2007: | Federal Defendants file their opposition to plaintiffs' motion. |
| May 31, 2007: (12:00 noon PDT) | Defendant-Intervenors file their oppositions to plaintiffs' motion, no later than 12:00 noon Pacific Daylight Time.  Defendant-Intervenors shall coordinate to the maximum extent possible to minimize duplicate briefing. |
| June 5, 2007: | Plaintiffs file their reply, if any. |

The parties further stipulate that the Court may hear Plaintiffs' motion for a preliminary injunction on shortened time, and respectfully request a hearing date of June 8, 2007 at 9:00 a.m. which they are informed by the Clerk of the Court is available.

/ / /

/ / /

/ / /

Respectfully submitted,

DATED: May 22, 2007

/s/ Michael R. Sherwood
MICHAEL R. SHERWOOD
GREGORY C. LOARIE
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
Tel. (510) 550-6725
Fax (510) 550-6749

PATRICK GALLAGHER
Sierra Club Environmental Law Program
85 2nd Street, 4th Floor
San Francisco, CA 94109-3441
(415) 977-5709

ERIC E. HUBER, *Pro Hac Vice*
Sierra Club Environmental Law Program
2260 Baseline Road, Suite 105
Boulder, CO 80302
(303) 449-5595

DAVID B. EDELSON
840 Grizzly Peak Boulevard
Berkeley, CA 94708
(510) 527-4116

*Counsel for Plaintiffs Sierra Forest Legacy, et al.*

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environmental & Natural Resources Division
WELLS D. BURGESS
Special Counsel
CYNTHIA HUBER
Acting Assistant Chief
BRIAN C. TOTH
RACHEL A. DOUGAN
Trial Attorneys
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
Tel. (202) 305-0639
Fax (202) 305-0506

/s/ Barclay Samford (authorized 5/22/07)
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice

1 | 1961 Stout Street, 8th Floor
2 | Denver, CO 80294
  | Tel.: (303) 844-1475
3 | Fax: (303) 844-1350

4 | McGREGOR W. SCOTT
  | United States Attorney
5 | DAVID T. SHELLEDY
  | Assistant United States Attorney
6 | 501 I Street, Suite 10-100
  | Sacramento, CA 95814
7 | Tel.:   (916) 554-2702
  | Fax:   (916) 554-2900

8 | *Counsel for Federal Defendants Mark Rey, et al.*

9

10 | STEVEN P. RICE
   | Crowell & Moring LLP
11 | 3 Park Plaza, 20th Floor
   | Irvine, CA 92614-8505
12 | Tel. (949) 263-8505
   | Fax (949) 263-8414
13 | srice@crowell.com

14 | J. MICHAEL KLISE, *Pro Hac Vice*
   | STEVEN P. QUARLES
15

16 | /s/ Thomas R. Lundquist (authorized 5/22/07)
   | THOMAS R. LUNDQUIST, *Pro Hac Vice*
   | Crowell & Moring LLP
17 | 1001 Pennsylvania Ave., NW
   | Washington, DC 20004-2595
18 | Tel. (202) 624-2629
   | Fax (202) 628-5116
19

20 | *Counsel for Defendant-Intervenors*
   | *Tuolumne County Alliance for Resources &*
21 | *Environment, et al.*

22

23 | /s/ Michael B. Jackson (authorized 5/22/07)
   | MICHAEL B. JACKSON
24 | 429 West Main St.
   | P.O. Box 207
25 | Quincy, CA 95971
   | Tel. (530) 283-1007

26 | *Counsel for Defendant-Intervenors*
   | *Quincy Library Group, et al.*
27

28

|   |   |
|---|---|
| 1 | /s/ Brian A. Kelly (authorized 5/22/07) |
| | BRIAN A. KELLY |
| 2 | ADAM STRACHAN |
| | Duane Morris LLP |
| 3 | Four Embarcadero Center, Suite 300 |
| | San Francisco, CA  94111 |
| 4 | Tel. (415) 981-5550 |
| | Fax (415) 955-2599 |
| 5 | JOHN E. FAGAN |
| | Duane Morris LLP |
| 6 | 850 North Lake Blvd., Suite 15 |
| | P.O. Box 7199 |
| 7 | Tahoe City, CA  96145-7199 |
| | Tel. (530) 583-7767 |
| 8 | Fax (530) 581-3215 |

*Counsel for Defendant-Intervenor California Ski Industry Association*

/s/ William J. Thomas (authorized 5/22/07)
WILLIAM J. THOMAS
Law Offices of William J. Thomas
1201 K. Street, Suite 1100
Sacramento, CA  95814-3938
Tel. (916) 442-1111
Fax (916) 448-1709

*Counsel for Defendant-Intervenor California Cattlemen's Association*

**APPROVED AND SO ORDERED**.  Hearing on Plaintiffs' motion for preliminary injunction shall be Friday, June 8, 2007 at 9:00 a.m.

DATED: May 25, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE