Brian Gaffney (CSB No. 168778)
Matt McFarland (CSB No. 225537)
LAW OFFICES OF BRIAN GAFFNEY
605 Market Street. Suite 505
San Francisco, CA 94105
Telephone: (415) 442 0711
Facsimile: (415) 442 0713

Babak Naficy (CSB No. 177709)
LAW OFFICE OF BABAK NAFICY
1204 Nipomo Street
San Luis Obispo, CA 94301
Telephone: (805) 593 0926
Facsimile: (805) 593 0946

Deanna Spooner (CSB No. 183763)
PACIFIC RIVERS COUNCIL
540 Oak Street, Suite E
Eugene, OR 97401
Telephone: (541) 345 0119
Facsimile: (541) 345 0710

Attorneys for Plaintiff:
PACIFIC RIVERS COUNCIL

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| PACIFIC RIVERS COUNCIL<br><br>　　　Plaintiff,<br>vs.<br><br>UNITED STATES FOREST SERVICE et al.,<br><br>　　　Defendants,<br><br>CALIFORNIA FORESTRY ASSOCIATION et al.;<br>QUINCY LIBRARY GROUP; and CALIFORNIA SKI<br>INDUSTRY ASSOCIATION,<br><br>　　　Intervenors-Defendants. | Case No:　　CIV-S-05-0953 MCE/GGH<br><br>Related Cases: CIV-S-05-0211 MCE/GGH<br>　　　　　　　　CIV-S-05-0905 MCE/GGH<br>　　　　　　　　CIV-S-05-0205 MCE/GGH<br><br>**ORDER GRANTING PACIFIC RIVERS COUNCIL'S REQUEST TO APPEAR TELEPHONICALLY AT THE JUNE 8, 2007 PRELIMINARY INJUNCTION HEARING**<br><br>DATE: June 8, 2007<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr. |

1  For good cause shown, Plaintiff Pacific Rivers Council's Request to Appear Telephonically at
2  the June 8, 2007 preliminary injunction hearing in the related case of *Sierra Forest Legacy et al. v.*
3  *USFS et al.*, Case No. CIV-S-05-00205 MCE/GGH, is GRANTED.
4  Court staff will call Mr. Brian Gaffney or Mr. Matt McFarland at 415-442-0711 at the time of
5  the hearing.

Dated: May 30, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 1 -