1

**BRIAN A. KELLY (SBN 124738)**
**DUANE MORRIS LLP**
2
**One Market, Spear Tower, Suite 2000**
**San Francisco, CA  94105**
3
**Telephone:  (415) 957-3000**
**Facsimile:   (415) 957-3001**
4
**Email:  bakelly@duanemorris.com**

5

**JOHN E. FAGAN (SBN 107974)**
6
**DUANE MORRIS LLP**
**850 North Lake Boulevard, Suite 15**
7
**P.O. Box 7199**
**Tahoe City, California  96145-7199**
8
**Telephone:  (530) 583-7767**
**Facsimile:   (530) 581-3215**
9
**Email:  jefagan@duanemorris.com**

10
**Attorneys for**
**CALIFORNIA SKI INDUSTRY ASSOCIATION**
11

12
### IN THE UNITED STATES DISTRICT COURT
13
### FOR THE EASTERN DISTRICT OF CALIFORNIA
14
### (SACRAMENTO DIVISION)
15

16
PEOPLE OF THE STATE OF CALIFORNIA, ex
rel. BILL LOCKYER, ATTORNEY GENERAL,

17
        Plaintiffs,

18
        v.

19
UNITED STATES DEPARTMENT OF
AGRICULTURE, et al.,

20
        Defendants.

21

22
SIERRA NEVADA FOREST PROTECTION
CAMPAIGN, et al.,

23
        Plaintiffs,

24
        v.

25
MARK REY, et al.,

26
        Defendants.

27

28

CASE NO. 2:05-cv-00211-MCE-GGH

**Assigned for All Purposes to:**
**The Honorable Morris C. England, Jr.**
**Courtroom 3, 15th Floor**

**ORDER GRANTING DEFENDANT-**
**INTERVENOR CALIFORNIA SKI**
**INDUSTRY ASSOCIATION'S**
**REQUEST TO APPEAR AT THE**
**JUNE 8 PRELIMINARY INJUNCTION**
**HEARING BY TELEPHONE**

CASE NO. 2:05-cv-00205-MCE-GGH

PACIFIC RIVERS COUNCIL,                            CASE NO. 2:05-CV-00953-MCE-GGH

       Plaintiff,

   v.

UNITED STATES FOREST SERVICE, et al.,

       Defendants.

_____

     The Court GRANTS the request of Brian A. Kelly to appear at the June 8, preliminary

injunction hearing by telephone for Intervenor-Defendants California Ski Industry Association.  The

Court staff will call Mr. Kelly at (215) 979-7320.

Dated:  June 4, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT-INTERVENOR CALIFORNIA SKI INDUSTRY ASSOCIATION'S REQUEST TO APPEAR AT THE
JUNE 8 PRELIMINARY INJUNCTION HEARING BY TELEPHONE
DM\1138290.1 00369-00003