1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  J. MATTHEW RODRIQUEZ
   Chief Assistant Attorney General
3  KEN ALEX
   Senior Assistant Attorney General
4  SALLY MAGNANI
   Supervising Deputy Attorney General
5  JANILL L. RICHARDS
   Deputy Attorney General
6  State Bar No. 173817
       1515 Clay Street, 20th Floor
7      P.O. Box 70550
       Oakland, CA  94612-0550
8      Telephone: (510) 622-2130
       Fax: (510) 622-2270
9      Email: Janill.Richards@doj.ca.gov

10 Attorneys for People of the State of California

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                     SACRAMENTO DIVISION

| | |
|---|---|
| **PEOPLE OF THE STATE OF CALIFORNIA, ex rel. BILL LOCKYER, ATTORNEY GENERAL,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF AGRICULTURE et al.**<br><br>Defendants. | CIV 2:05-cv-00211 MCE GGH<br><br>**STIPULATION REGARDING REMEDY BRIEFING SCHEDULE**; **ORDER**<br><br>Related Case Nos.<br>CIV 2:05-cv-0205 MCE GGH<br>CIV 2:05-cv-0953 MME GGH<br>CIV 2:05-cv-0905 MME GGH |

The Court in its August 19, 2008, Memorandum and Order directed the parties in this matter to propose a briefing schedule regarding remedy within ten days.

Plaintiff the People of the State of California, Federal Defendants United States Department of Agriculture, et al., and Defendant-Intervenors Tuolumne County Alliance for Resources & Environment et al., Defendant-Intervenors Quincy Library Group, et al., Defendant-Intervenors California Cattlemen's Association, and Defendant-Intervenor California Ski Industry Association, by their undersigned attorneys, therefore stipulate as follows:

1. Plaintiff will file its opening brief no later than October 6, 2008.

2. Defendants and Defendant-Intervenors will file their opening briefs no later than October 29, 2008.

3. Plaintiff will file its reply brief no later than November 19, 2008.

4. Defendants and Defendant-Intervenors will file their final briefs no later than December 5, 2008.  The final briefs will not include any new declarations or new arguments.

5. The parties request that the Court schedule the hearing on remedy for December 19, 2008 at 9:00 a.m.

Arguments will be based on the briefs, declarations (if any), and the record, and no witnesses will be presented.  Counsel may appear at the hearing by telephone.

Dated: September 4, 2008

Respectfully submitted,

/s/ Janill L. Richards (authorized 8/26/08)
EDMUND G. BROWN JR.
Attorney General of the State of California
JANILL L. RICHARDS
Deputy Attorney General
California Department of Justice

*Attorneys for Plaintiff the People of the State of California*

– signatures continued next page –

| | |
|---|---|
| 1 | /s/ Cynthia S. Huber (authorized 8/26/08) |
| | RONALD J. TENPAS |
| 2 | Assistant Attorney General |
| | CYNTHIA S. HUBER |
| 3 | Assistant Section Chief |
| | BARCLAY SAMFORD |
| 4 | Trial Attorney |
| | Natural Resources Section |
| 5 | Environment & Natural Resources Division |
| | U.S. Department of Justice |
| 6 | 1961 Stout Street, 8th Floor |
| | Denver, CO 80294 |
| 7 | Tel.: (303) 844-1475 |
| | Fax: (303) 844-1350 |
| 8 | |
| | McGREGOR W. SCOTT |
| 9 | United States Attorney |
| | DAVID T. SHELLEDY |
| 10 | Assistant United States Attorney |
| | 501 I Street, Suite 10-100 |
| 11 | Sacramento, CA 95814 |
| | Tel.: (916) 554-2702 |
| 12 | Fax: (916) 554-2900 |
| 13 | *Attorneys for Defendants United States Department of Agriculture, et al.* |
| 14 | |
| 15 | /s/ Thomas R. Lundquist (authorized 8/26/08) |
| | THOMAS R. LUNDQUIST, Pro Hac Vice |
| 16 | J. MICHAEL KLISE, Pro Hac Vice |
| | STEVEN P. QUARLES |
| 17 | Crowell & Moring LLP |
| | 1001 Pennsylvania Ave., NW |
| 18 | Washington, DC 20004-2595 |
| | Tel. (202) 624-2500 |
| 19 | Fax (202) 628-5116 |
| 20 | *Counsel for Defendant-Intervenors* |
| | *Tuolumne County Alliance for Resources &* |
| 21 | *Environment, et al.* |
| 22 | |
| | /s/ Michael B. Jackson (authorized 8/26/08) |
| 23 | MICHAEL B. JACKSON |
| | P.O. Box 207 |
| 24 | Quincy, CA 95971 |
| | Tel. (530) 283-1007 |
| 25 | |
| | *Counsel for Defendant-Intervenors* |
| 26 | *Quincy Library Group, et al.* |
| 27 | – signatures continued next page – |
| 28 | |

3

1 | /s/ William J. Thomas (authorized 8/28/08)
WILLIAM J. THOMAS
Law Offices of William J. Thomas
1201 K. Street, Suite 1100
Sacramento, CA 95814-3938
Tel. (916) 442-1111
Fax (916) 448-1709

*Counsel for Defendant-Intervenor
California Cattlemen's Association*

/s/ Brian Kelly (authorized 8/26/08)
BRIAN KELLY
DuaneMorris
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Tel. (415) 957-3213

*Counsel for Defendant-Intervenor
California Ski Industry Association*

**IT IS SO ORDERED**.

Dated: September 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4