**BRIAN A. KELLY (SBN 124738)**
**CHRISTIAN P. FOOTE (SBN 240919)**
**DUANE MORRIS LLP**
**One Market, Spear Tower, Suite 2200**
**San Francisco, CA  94105-1127**
**Telephone:  (415) 957-3000**
**Facsimile:   (415) 957-3001**
**Email: bakelly@duanemorris.com**
**Email: cpfoote@duanemorris.com**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# (SACRAMENTO DIVISION)

| | |
|---|---|
| PACIFIC RIVERS COUNCIL,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>   Defendants. | CASE NO. 2:05-CV-00953-MCE-GGH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF INTERVENOR CALIFORNIA SKI INDUSTRY ASSOCIATION** |

**STIPULATION OF DISMISSAL OF CALIFORNIA SKI INDUSTRY ASSOCIATION**

Pursuant to Federal Rule of Civil Procedure Rule 41(a), the undersigned stipulate that California Ski Industry Association ("CSIA") is dismissed from this action without prejudice, each party to bear its own costs and fees as to the intervention by CSIA.

**DUANE MORRIS LLP**

Dated: March 16, 2010          By:   */s/ Brian A. Kelly*
                                     Brian A. Kelly
                                     Attorneys for Intervenor
                                     CALIFORNIA SKI INDUSTRY ASSOCIATION

**LIPPE GAFFNEY WAGNER LLP**

Dated: March 16, 2010     By:     */s/ Brian Gaffney*
Brian Gaffney
Attorney for Plaintiff
PACIFIC RIVERS COUNCIL

**UNITED STATES DEPARTMENT OF JUSTICE**

Dated: March 16, 2010     By:     */s/ Barclay T. Samford*
Barclay T. Samford
Attorney for Defendants
DALE BOSWORTH, JACK – BLACKWELL, MARK REY, UNITED STATES FOREST SERVICE, BERNARD WEINGARDT

**CROWELL & MORING LLP**

Dated: March 9, 2010     By:     */s/ J. Michael Klise*
J. Michael Klise, PHV
Attorney for Intervenor Defendants
AMERICAN FOREST & PAPER ASSOCIATION, AMERICAN FOREST RESOURCE COUNCIL, BLUERIBBON COALITION, CALIFORNIA EQUESTRIAN TRAILS & LANDS COALITION, CALIFORNIA FOREST COUNTIES SCHOOLS COALITION, CALIFORNIA FORESTRY ASSOCIATION, CALIFORNIA LICENSED FORESTERS ASSOCIATION, CALIFORNIA/NEVADA SNOWMOBILE ASSOCIATION, COARSGOLD RESOURCE CONSERVATION DISTRICT, HUNTINGTON LAKE ASSOCIATION, HUNTINGTON LAKE BIG CREEK HISTORICAL CONSERVANCY, KLAMATH ALLIANCE FOR RESOURCES & ENVIRONMENT, REGIONAL COUNCIL OF RURAL COUNTIES, SIERRA RESOURCE CONSERVATION DISTRICT, STRAWBERRY PROPERTY OWNERS' ASSOCIATION, TULARE COUNTY RESOURCE CONSERVATION DISTRICT, TUOLUMNE COUNTY ALLIANCE FOR RESOURCE & ENVIRONMENT, and WESTERN COUNCIL FOR INDUSTRIAL WORKERS

**MICHAEL B. JACKSON, ATTORNEY AT LAW**

Dated: March 9, 2010     By:  */s/ Michael B. Jackson*
Michael B. Jackson
Attorney for Intervenor Defendant
QUINCY LIBRARY GROUP

**BEST BEST AND KRIEGER LLP**

Dated: February 26, 2010     By:  */s/ William James Thomas Jr.*
William James Thomas, Jr.
Attorney for Intervenor Defendant
CALIFORNIA CATTLEMAN'S ASSOCIATION

## ORDER

**PURSUANT TO FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT:**

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure Rule 41(a), California Ski Industry Association ("CSIA") is dismissed from this action without prejudice, each party to bear its own costs and fees as to the intervention by CSIA.

Date: March 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com