Babak Naficy (SBN 177709)
LAW OFFICE OF BABAK NAFICY
1504 Marsh Street
San Luis Obispo, CA 94301
Telephone: (805) 593 0926
Facsimile: (805) 593 0946
babaknaficy@sbcglobal.net

Brian Gaffney (SBN 168778)
Kelly Franger (SBN 253697)
LIPPE GAFFNEY WAGNER LLP
329 Bryant Street, Suite 3D
San Francisco, CA 94107
Telephone: (415) 777-5600
Facsimile: (415) 777-9809

Attorneys for Plaintiff:
Pacific Rivers Council

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC RIVERS COUNCIL<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE; et al,<br><br>Defendants<br>_____<br>SIERRA FOREST LEGACY, *et al.*,<br><br>Plaintiffs<br><br>    v.<br><br>HARRIS SHERMAN in his official capacity as Under Secretary of Agriculture, *et al.*<br><br>Defendants | Case No:     **CIV–S-05-0953- MCE/GGH**<br>Related Cases: **CIV-S-05-0205- MCE/GGH**<br>                        **CIV-S-05-0211-MCE/GGH**<br><br>**STIPULATION AND ORDER RE REVISED REPLY AND SUR-REPLY** |

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)

- 1 --

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* KAMALA D. HARRIS, ATTORNEY GENERAL,<br><br>                         Plaintiffs,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *ex al.*<br><br>                         Defendants | |

Pursuant to the scheduling order, plaintiff Pacific Rivers Council filed a reply brief on October 15, 2012.  On October 16, 2012, the Forest Service filed a Motion to Strike the reply brief on the grounds that it exceeds the previously agreed upon 20-page limit and violated the Local Rules with regard to formatting.  The parties have met and conferred and now stipulate to resolve the issue as follows:

1. Pacific Rivers Council's October 15, Reply Brief (ECF 183) is withdrawn.[1]
2. Federal Defendants' Motion to Strike Plaintiff's Reply Brief (ECF 184) is withdrawn.  The hearing on Federal Defendant's Motion to Strike, scheduled for November 15, 2012 at 2:00 p.m. (ECF 185) is vacated.
3. Pacific Rivers Council shall file a revised reply brief on remedies consisting of no more than 20 pages by October 23, 2012.  Pacific Rivers Council's revised brief shall be formatted so as to comply with the Local Rules and in the same

---

[1] Pacific Rivers Council's duplicative filing of its Reply Brief (ECF 182) is also withdrawn.

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)

manner as its opening brief (ECF 175)—double-spaced, one inch margins, left-justification, and 12-point Times New Roman text. The revised brief of the Pacific Rivers shall not exceed the scope of arguments raised in the brief it filed on October 15. Pacific Rivers Council shall not alter the declarations filed on October 15 (ECF 183-1, 183-2, and 183-3).

4. Federal Defendants may file a sur-reply of no more than 8 pages by November 9, 2012, to address any new issues or evidence raised by or submitted with Pacific Rivers' reply papers.

IT IS SO STIPULATED

DATED: October 19, 2012                    LAW OFFICE OF BABAK NAFICY


                                           /s/Babak Naficy_____
                                           Babak Naficy,
                                           Attorney for Plaintiff
                                           Pacific Rivers Council

Dated: October 19, 2012


                                           /s/_____
                                           BARCLAY T. SAMFORD
                                           Trial Attorney
                                           U.S. Department of Justice
                                           Environment & Natural Resources Division
                                           Natural Resources Section
                                           *Attorneys for Federal Defendants*

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)                               - 2 --

ORDER

1. Pacific Rivers Council's October 15, Reply Brief (ECF 183) is withdrawn.[2]

2. Federal Defendants' Motion to Strike Plaintiff's Reply Brief (ECF 184) is withdrawn.  The hearing on Federal Defendant's Motion to Strike, scheduled for November 15, 2012 at 2:00 p.m. (ECF 185) is vacated.

3. Pacific Rivers Council shall file a revised reply brief on remedies consisting of no more than 20 pages by October 23, 2012.  Pacific Rivers Council's revised brief shall be formatted so as to comply with the Local Rules and in the same manner as its opening brief (ECF 175)—double-spaced, one inch margins, left-justification, and 12-point Times New Roman text. The revised brief of the Pacific Rivers shall not exceed the scope of arguments raised in the brief it filed on October 15.  Pacific Rivers Council shall not alter the declarations filed on October 15 (ECF 183-1, 183-2, and 183-3).

4. Federal Defendants may file a sur-reply of no more than 8 pages by November 9, 2012, to address any new issues or evidence raised by or submitted with Pacific Rivers' reply papers.

**IT IS SO ORDERED.**

Dated:  October 25, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[2] Pacific Rivers Council's duplicative filing of its Reply Brief (ECF 182) is also withdrawn.

Stipulation Re Reply Brief (CV-S-05-00953- MCE/GGH)      - 3 --