**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| PACIFIC RIVERS COUNCIL, <br>     *Plaintiff-Appellant*, <br><br> v. <br><br> UNITED STATES FOREST SERVICE; MARK REY, in his official capacity as Under Secretary of Agriculture; DALE BOSWORTH, in his capacity as Chief of the United States Forest Service; JACK BLACKWELL, in his official capacity as Regional Forester, Region 5, United States Forest Service, <br>     *Defendants-Appellees*, <br><br> and <br><br> CALIFORNIA FORESTRY ASSOCIATION; AMERICAN FOREST & PAPER ASSOCIATION; QUINCY LIBRARY GROUP; PLUMAS COUNTY; CALIFORNIA SKI INDUSTRY ASSOCIATION, <br>     *Defendant-intervenors-Appellees.* | No. 08-17565 <br><br> D.C. No. <br> 2:05-cv-00953-MCE-GGH <br><br> ORDER |

2           PACIFIC RIVERS COUNCIL V. USFS

On Remand From The United States Supreme Court

Filed July 29, 2013

Before: Stephen Reinhardt, William A. Fletcher, and N. Randy Smith, Circuit Judges.

**ORDER**

Pursuant to the June 17, 2013, order of the Supreme Court, we remand this case to the United States District Court for the Eastern District of California with instructions to dismiss the case as moot in its entirety.