## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**PACIFIC RIVERS COUNCIL,**

CASE NO: **2:05–CV–00953–MCE–AC**

v.

**DALE BOSWORTH, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/29/2014**

                                           **Marianne Matherly**
                                           Clerk of Court

ENTERED: **January 29, 2014**

                              by: /s/ G. Michel
                                        Deputy Clerk